United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 13, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SHEPHERD-HULDY DEVELOPMENT I, LLC, ) ) ) | Case No. 24-32146 |
| ) | Chapter 11 |
| Debtor. ) | |

## ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY

Upon the application (the "Application") of the Debtor Shepherd-Huldy Development I, LLC (the "Debtor") for entry of an order authorizing the employment and retention of the Law Offices of Kevin Madden (the "Firm"), effective as of May 6, 2024, as Debtor's bankruptcy counsel, pursuant to 11 U.S.C. § 327(a), is of the opinion that the requested relief is in the best interest of the estate and its creditors; that the Firm represents no interest adverse to the estate in the matters upon which they are to be engaged and are disinterested persons within the definition of 11 U.S.C. § 101(14); and that the application should be approved. Accordingly, it is therefore

ORDERED THAT:

1. The Debtor is authorized, pursuant to section 327(a) and 330 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Bankruptcy Local Rules 2014-1 and 2016-1, to employ and retain the Firm as bankruptcy counsel, effective as of May 6, 2024, in accordance with the Application.

2. Kevin M. Madden is designated as attorney in charge for the representation by the Firm of the Debtor in this case.

3. All applications for compensation shall be filed with the Court in accordance with the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

Signed: November 13, 2024

_____
Jeffrey P. Norman
United States Bankruptcy Judge