United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 06, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-32146 |
| SHEPHERD-HULDY DEVELOPMENT I, LLC, | § § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| | § | CHAPTER 11 |

## SHOW CAUSE ORDER

The Court has continued final approval of the Disclosure Statement and Plan of Reorganization twice, and there is a suspicion that a Chapter 11 Plan cannot be confirmed in this case given the two prior continuances. Additionally, the debtor has failed in its administrative duties by failing to timely file its monthly operating reports and by filing an inaccurate monthly operating report. Still further the Disclosure Statement and Chapter 11 Plan cannot be finally approved as there are required amendments to both documents. The debtor may also be required to file a sale motion.

Accordingly, the debtor is **ORDERED** to take the following actions prior to 5:00 p.m. on Friday, January 10, 2025, or this case shall sua sponte be dismissed with prejudice for 180 days.

1. The debtor shall amend and file any inaccurate monthly operating report.
2. The debtor shall file all past due monthly operating reports.
3. The debtor shall file an Amended Disclosure Statement and Amended Chapter 11 Plan.
4. The debtor shall file any required 11 USC §363 motion.

SIGNED 01/06/2025

_____
Jeffrey Norman
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 24-32146-jpn
Shepherd-Huldy Development I, LLC Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4     User: ADIuser     Page 1 of 2
Date Rcvd: Jan 06, 2025     Form ID: pdf112     Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shepherd-Huldy Development I, LLC, 1001 W Loop, Suite 700, Houston, TX 77027-9033 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Jan 06 2025 20:26:00 | City of Houston, Linebarger Goggan Blair & Sampson LLP, Jeannie Lee Andresen, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: susan.fuertes@harriscountytx.gov | Jan 06 2025 20:25:00 | Harris County, ATTN: Property Tax Division, Harris County Attorney's Office, P.O. Box 2848, Houston, TX 77252-2928, UNITED STATES |
| cr | + | Email/Text: houston_bankruptcy@LGBS.com | Jan 06 2025 20:26:00 | Houston Community College System, Linebarger Goggan Blair & Sampson LLP, c/o Jeannie Lee Andresen, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Jan 06 2025 20:26:00 | Houston ISD, Linebarger Goggan Blair & Sampson LLP, c/o Jeannie Lee Andresen, PO Box 3064, Houston, TX 77253-3064 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| op | | Dward Darjean |
| intp | | Greenberg Finance, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2025     Signature:     /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
| Date Rcvd: Jan 06, 2025 | Form ID: pdf112 | Total Noticed: 5 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2025 at the address(es) listed below:**

**Name**      **Email Address**

Iain L Kennedy
on behalf of Interested Party Greenberg Finance  LLC ikennedy@nathansommers.com, dthompson@nathansommers.com;clemons@nathansommers.com;pbuenano@nathansommers.com;aorr@nathansommers.com;jpoe@nathansommers.com

Jana Smith Whitworth
on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov

Jeannie Lee Andresen
on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com  chymel@dorelaw.com

Jeannie Lee Andresen
on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com  chymel@dorelaw.com

Jeannie Lee Andresen
on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com  chymel@dorelaw.com

Kevin M Madden
on behalf of Debtor Shepherd-Huldy Development I  LLC kmm@kmaddenlaw.com

Susan R. Fuertes
on behalf of Creditor Harris County  ATTN: Property Tax Division susan.fuertes@harriscountytx.gov, taxbankruptcy.cao@harriscountytx.gov

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 8