United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 13, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-32146 |
| SHEPHERD-HULDY DEVELOPMENT I, LLC, | § § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

### ORDER OF DISMISSAL WITH PREJUDICE FOR 180 DAYS

Pursuant to this Court's Show Cause Order (ECF No. 124) and its violation[1] by the debtor this case is dismissed with prejudice for 180 days.

The debtor is ordered to file all required Monthly Operating Reports and pay all outstanding United States Trustee Fees not later than 30 days from the date of entry of this order.

**SO ORDERED.**

SIGNED 01/12/2025

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] The Show Cause order requires the filing of "any required 11 USC §363 motion" by 5:00 p.m. on January 10, 2025. The amended plan (ECF No. 127) provides, in part, "the debtor has a pending offer for sale that can be consummated by February 28, 2025 …. Debtor has retained a real estate broker …. to market and sell the Property." The Court notes the lack of an application to retain a real estate broker or an 11 USC § 363 motion to sell the real property.